IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| APRIL ROBLES | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3-20-CV-01188-L |
| | § | |
| EMINENT MEDICAL CENTER, LLC | § | |
| AND EMINENT MEDICAL CENTER | § | |
| OPERATING, LLC | § | |
| | § | |
| Defendants. | § | |

JOINT MOTION TO CONTINUE PRETRIAL DEADLINES AND
TRIAL PENDING SUMMARY JUDGMENT RULING AND
SETTLEMENT DISCUSSIONS INCLUDING POTENTIAL MEDIATION

Plaintiff and Defendants move for a continuance of pending pretrial deadlines until 30 days after this Court rules on Defendants' motion for summary judgment and a coordinate continuance of trial to allow meaningful settlement discussions, including by mediation, and would show as follows:

1. Under this Court's current scheduling order in this action, this Court set the following deadlines:

February 22, 2022 Defendants' motion for summary judgment.

August 7, 2022 settlement conference between the parties.

August 9, 2022 Rule 26 witness and exhibit disclosures and lists, joint pretrial order and suggested voir dire questions and jury charges.

August 16, 2022 objections to Rule 26 witness and exhibit disclosures and lists and jury charges.

2. Defendants' motion for summary judgment remains pending.

3. Plaintiff and Defendants have conferred and agree, based on a pre-lawsuit mediation and previous settlement discussions, that continued settlement dialogue will be more productive after knowing the extent to which Plaintiff's claims are to be tried.  Additionally, the requested relief will preserve resources and promote efficiency by allowing the parties to finalize joint pretrial materials after the claims remaining for trial are determined.

4. Plaintiff and Defendants therefore respectfully request that this Court continue the pending pretrial deadlines for 30 days after this Court rules on Defendants' motion for summary judgment and also to continue trial consistent with the new pretrial deadlines. During the 30 days, Plaintiff and Defendants can have good faith settlement discussions, including by mediation, knowing the scope of any claims of Plaintiff to be tried.

WHEREFORE, Plaintiff and Defendants request that the Court grant the relief referred to in paragraph 4 and such other relief as is appropriate.

Respectfully submitted,

/s/Robert E. Goodman, Jr.
Robert E. Goodman, Jr.
State Bar No. 08158100
Kilgore & Kilgore PLLC
3019 Carlisle Street
Dallas, Texas 75204
(214) 379-0831
(214) 379-0840 (telecopy)

and

        James N. Francis
        State Bar No. 07358200
        jimnfrancis@gmail.com
        Law Offices of James N. Francis
        2909 Cole Avenue
        Suite 118
        Dallas, Texas 75204
        (214)368-1765 – Telephone
        (844)513-6139 - Facsimile

        COUNSEL FOR PLAINTIFF

By:   */s/ Kristin L. Bauer*
        Kristin L. Bauer
        State Bar No. 24006813
        Kristin.Bauer@jacksonlewis.com
        David A. Scott
        State Bar No. 17894515
        David.Scott@jacksonlewis.com
        JACKSON LEWIS P.C.
        500 N. Akard, Suite 2500
        Dallas, Texas 75201
        PH:  (214) 520-2400
        FX:  (214) 520-2008

AND

By:   */s/ Michael S. Alfred*
        Michael S. Alfred
        State Bar No. 24014416
        malfred@hallettperrin.com
        HALLET & PERRIN, PC
        1445 Ross Avenue
        Suite 2400
        Dallas, Texas 75202
        Telephone:  (214) 853-0053
        Fax:  (214) 922-4142


**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on counsel of record through the electronic filing system of this Court on this the 3rd day of August 2022.

David Scott
Kristin Bauer
Jackson Lewis, PC
500 N. Akard Street, Suite 2500
Dallas, TX 75201

Michael S. Alfred
Hallett & Perrin, PC
1445 Ross Avenue
Suite 2400
Dallas, Texas 75202

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.

SIGNATURES OF PARTIES:

_____
April Robles

Eminent Medical Center, LLC

By _____
  Name: Grub Crutny
  Title: Partner

Eminent Medical Center Operating, LLC

By _____
  Name: Brut Cortney
  Title: Partner

4857-0250-5773, v. 1