# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **APRIL ROBLES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:20-CV-1188-L** |
| | § | |
| **EMINENT MEDICAL CENTER, LLC** | § | |
| **and EMINENT MEDICAL CENTER** | § | |
| **OPERATING, LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the parties' Stipulation of Dismissal With Prejudice as to Eminent Medical Center, LLC and Eminent Medical Center Operating, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 78), filed October 20, 2022. As the parties have agreed to this dismissal pursuant to this rule, it is dismissed as a matter of course, and no court order is required. The parties, however, request that an order of dismissal be issued, and the court enters such order pursuant to their request. Accordingly, this action is **dismissed with prejudice**, and the court **directs** the clerk of court to close this action. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 21st day of October, 2022.

*[Signature]*

Sam A. Lindsay
United States District Judge